# WALKER LAW OFFICES, P.A.

**DALLAS • FORT WORTH • MINNEAPOLIS**

*REPLY TO MINNEAPOLIS*

**ATTORNEYS**
WILLIAM L. WALKER
LEON REED, JR., OF COUNSEL

**ASSISTANTS**
TROY WALKER

**LOCATIONS**

**DALLAS**
400 N. ST. PAUL ST., SUITE 705
DALLAS, TEXAS 75201
TELEPHONE: (214) 550-3333
FACSIMILE: (214) 550-3334

**FORT WORTH**
4700 BRYAN IRVIN CT., SUITE 200
FORT WORTH, TEXAS 76107
TELEPHONE: (214) 550-3333
FACSIMILE: (214) 550-3334

**MINNEAPOLIS**
201 RIDGEWOOD AVENUE
MINNEAPOLIS, MINNESOTA 55403
TELEPHONE: (612) 821-0094
FACSIMILE: (612) 821-0098

**PHOENIX**
9375 E. SHEA BLVD., SUITE 100
SCOTTSDALE AZ 85260
TELEPHONE: (602)675-6555
FACSIMILE: (214) 550-3334

• LICENSED IN THE STATE OF MINNESOTA

° LICENSED IN THE STATE OF TEXAS

LICENSED IN THE STATE OF ARIZONA

+ NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS

TEXAS TRIAL LAWYERS ASSOCIATION

ARIZONA ASSOCIATION FOR JUSTICE

July 7, 2022

U.S. District Court of Minnesota
300 S 4th St #202
Minneapolis, MN 55415

**Re:** **USA v. Solomon**
**Court File No.: 22-cr-00131**

Dear Sir or Madam:

Please be advised we received communication from Probation. This correspondence is written to advise the court that we have not been formally retained. Upon retention, we will file a Notice of Appearance accordingly.

Very truly yours,

**Walker Law Offices, P.A.**

William Walker, Esq.

Cc: File